IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S DIST COURT
AT ABINGDON, VA
FILED

SEP 08 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| **BILLY M. COLLINS,** | ) |
| Plaintiff, | ) Case No. 2:07CV00015 |
| v. | ) **JUDGMENT** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) By: James P. Jones<br>) Chief United States District Judge |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed August 11, 2008, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: September 8, 2008

/s/ James P. Jones
Chief United States District Judge